IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANDRA S. AND DIEGO M., individually :
and on behalf of D.M.S. :
: CIVIL ACTION
v. : No. 25-2389
:
UPPER DARBY SCHOOL DISTRICT :

ORDER

This 24th day of September, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 6, is **GRANTED in part** and **DENIED in part**. Plaintiffs' claim under Section 504 of the Rehabilitation Act is **DISMISSED.**

 /s/ Gerald Austin McHugh
United States District Judge