# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sandra S. and Diego M., individually and on behalf of D.M.S., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>Upper Darby School District, :<br>:<br>Defendant. : | Civil Action No. 25-2389 |

## **ORDER**

This 31st day of December 2025 it is hereby **ORDERED** that the Plaintiffs' Motion to Clarify, ECF 15, is **GRANTED.** This Court's September 24, 2025, Memorandum (ECF No. 8), is **SUPERSEDED** by the Memorandum accompanying this Order. It is further **ORDERED** that this matter is **REMANDED** to the hearing officer for proceedings consistent with this superseding Memorandum.

/S/ Gerald Austin McHugh
United States District Judge